## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: : | |
| : | |
| $522,446.09 FROM BANK OF AMERICA : | |
| ACCOUNT NO. XXXXXXXX3067 : | |
| IN THE NAME OF BOOTSTATE : | |
| FINANCIAL GROUP; : | CIVIL ACTION NO. 21-CV-388 |
| $13,281.41 FROM BANK OF AMERICA : | |
| CREDIT CARD ACCOUNT NO. : | |
| XXXXXXXXXXXX3968 IN THE NAME OF : | |
| BOOTSTATE FINANCIAL GROUP : | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who alleges the following:

## NATURE OF THE ACTION

1. This is a civil forfeiture action brought against 1) $522,446.09 formerly in Bank of America Account No. XXXXXXXX3067 in the name of Bootstate Financial Group, and 2) $13,281.41 from Bank of America Credit Card Account No. XXXXXXXXXXXX3968 in the name of Bootstate Financial Group, which were involved (a) in violations of theft of government funds (18 U.S.C. § 641), bank fraud (18 U.S.C. § 1344), and money laundering (18 U.S.C. § 1957) and, thus, are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C); and (b) in violations of wire fraud (18 U.S.C. § 1343) and, thus, are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(D).

## THE DEFENDANTS IN REM

2. The defendant property consists of the following:

$522,446.09 formerly in Bank of America Account No. XXXXXXXX3067 in the name of Bootstate Financial Group, and $13,281.41 from Bank of America Credit Card Account

No. XXXXXXXXXXXX3968 in the name of Bootstate Financial Group (collectively, the "defendant property"), which property is currently in the possession of the United States Treasury.

## JURISDICTION AND VENUE

3. The United States brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over this action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

5. Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1)(A), because acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture because it represents any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of theft of government funds (18 U.S.C. § 641), bank fraud (18 U.S.C. § 1344), and money laundering (18 U.S.C. § 1957) and, thus, is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), and because it represents any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of wire fraud (18 U.S.C. § 1343) and, thus, is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(D).

## FACTS

*Paycheck Protection Program*

7. In the wake of the Coronavirus pandemic beginning in early 2020, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was passed and signed into law. The CARES Act included the Paycheck Protection Program ("PPP"), which served as an economic relief package to provide assistance to small businesses. The PPP is implemented by the Small Business Administration ("SBA") with support from the Department of the Treasury.

8. The Paycheck Protection Program ("PPP") provides small businesses with resources to maintain their payrolls, to hire back employees who may have been laid off, and to cover applicable overhead expenses. The PPP is a loan designed to provide a direct incentive for small businesses to keep their employees on the payroll. Companies that legitimately file and apply for PPP loans are granted more funds based on the number of employees that are employed there. The program provides small businesses with funds to pay up to eight weeks of payroll costs. In return, the SBA will forgive loans if all employee retention criteria are met and if the funds are used for eligible expenses. Businesses may apply for these loans through an existing SBA 7(a) lender or through any participating federally insured depository institution or credit union. Other regulated lenders will be available to make these loans once they are approved and enrolled in the program.

9. According to the PPP Interim Final Rule, one of the requirements for eligibility for a PPP loan is that a business be "in operation on February 15, 2020 and either had employees for whom you paid salaries and payroll taxes or paid independent contractors, as reported on a Form 1099–MISC." Another requirement is that each applicant for a PPP loan "submit such documentation as is necessary to establish eligibility such as payroll processor records, payroll tax filings, or Form 1099–MISC, or income

and expenses from a sole proprietorship. For borrowers that do not have any such documentation, the borrower must provide other supporting documentation, such as bank records, sufficient to demonstrate the qualifying payroll amount."

10. Financial institutions volunteer to participate in reviewing PPP loan applications and dispersing loan proceeds. The PPP loans are made by the financial institutions with financial institution funds and do not include any government or SBA funds. Kabbage, Inc., an online financial technology company based in Atlanta, Georgia, is one of the many financial institutions participating in the SBA's PPP loan program.

*Bootstate Financial Group PPP Loan Application to Kabbage, Inc.*

11. On or about April 6, 2020, a PPP loan application was submitted on behalf of Bootstate Financial Group to Kabbage, Inc. The application listed the business address for Bootstate Financial as 1035 Executive Park Avenue, Baton Rouge, Louisiana. The submitted loan application represented that Bootstate Financial employed 40 individuals and had an average monthly payroll of $270,109. The application requested a PPP loan for $675,272.

12. On April 10 and 11, 2020, Kabbage, Inc. emailed Hills and requested 2020 payroll data from the period of January 1, 2020 through February 29, 2020 and 2019 Forms W-3, W-2s, salary information, and payroll reports. On April 12, 2020, Hills sent Kabbage a letter advising that he was the Director of Bootstate Financial, that he had no payroll in 2019, and provided the 2020 first quarter estimated numbers of 2020 based on the first month payroll and payroll expenses. Hills' letter referred to his attachment of IRS Forms 941 and W-3, and provided the following specific information to Kabbage:

| | |
|---|---|
| 2020 – first quarter gross payroll: | $785,906.36 |
| 2020 – first quarter payroll expenses: | $129,094.03 |
| Total payroll & payroll expenses: | $915,000.39 |

    Average monthly payroll:                            $305,000.13
    Loan amount:                                                $762,500.33

*Bootstate Financial Group*

13. According to the Louisiana Secretary of State corporations database, the Articles of Incorporation for Bootstate Financial Group were filed and recorded on April 17, 2020, after the submission of the PPP loan application. The corporation's registered office and mailing address was listed as 1035 Executive Park Avenue, Baton Rouge, Louisiana. The corporation's incorporator, director, and initial registered agent was listed as "Oscar Hills." The Articles of Incorporation were electronically signed by "Oscar Hills" on April 17, 2020.

14. Bootstate Financial Group opened a business account at Bank of America on April 22, 2020, after the submission of the loan application. The business signature card for the account was signed by "Oscar Hills, Director" on April 30, 2020. The address for the account was 1035 Executive Park Avenue, Baton Rouge, Louisiana. This is the only known bank account for Bootstate Financial Group.

15. A request for "Employer Account" information was made to the Louisiana Workforce Commission ("LWC") for all records associated with "Bootstate Financial Group." The LWC is responsible for ensuring that all Louisiana employers report wages of their W-2 employees. Such quarterly wage reports allow the LWC to determine eligibility for unemployment benefits, as well as calculate benefits for eligible unemployed Louisiana workers. According to the LWC, there has never been a record of the existence of Bootstate Financial Group as an employer in Louisiana. Based on the LWC's records search, Bootstate Financial Group never reported any employees to the LWC.

16. The Parish of East Baton Rouge, Office of Finance, was queried to determine if they issued business and occupational licenses and permits to Bootstate Financial or if they have

5

sales tax records for Bootstate Financial Group. According to the Parish Attorney, there are no such records documenting the existence of Bootstate Financial Group.

17. On December 30, 2020, Secret Service Special Agent Kevin Bodden interviewed Hills at his purported place of business, 1035 Executive Park Avenue, Baton Rouge. This address was a building marked with a sign "Baton Rouge Teen Summit" and had no visible signs of Bootstate Financial Group. Hills stated that Bootstate Financial Group had been formed in January 2020 and had not begun operating yet. He admitted that Bootstate Financial had no employees and never did.

*Funding of PPP Loan*

18. Based on the representations made in the Bootstate Financial Group PPP loan application, Kabbage approved and funded the loan for $675,272.00. On May 5, 2020, the PPP loan funds of $675,272.00 were disbursed, at Hills' direction, to the Bootstate Financial Group Bank of America business checking account. On May 7, 2020, all of these funds were posted and credited to the Bootstate Financial Group Bank of America business checking account. On May 6, 2020, the day before the deposit of the $675,272.00, the balance of this account was $8,847.89.

19. Based on the foregoing, when the Bootstate Financial Group PPP loan application was submitted to Kabbage, Bootstate Financial was not in operation and had no employees, which were some of the eligibility requirements for approval of the loan. Kabbage, relying on the false representations made in the application to approve and fund the loan, dispersed the loan proceeds, much of which is represented in the defendant property. Because the defendant property constitutes proceeds traceable to bank fraud, and represents or is traceable to the gross receipts obtained from violations of wire fraud, the defendant property is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (D).

20. A review of the Bootstate Financial Group Bank of America business checking account revealed that these funds were used for personal expenses including $75,500 used for the purchase of a Dodge Viper on May 15, 2020. Throughout the next several months, funds from the Bank of America business checking account were used to pay the outstanding monthly balances of the Bank of America Credit Card Account No. XXXXXXXXXXXX3968 in the name of Bootstate Financial Group, including the following payments: $19,621.06 on 7/23/2020; $17,000 on 7/29/2020; $7,500 on 8/3/2020; $19,200 on 8/6/2020; and $26,881.96 on 9/2/2020. From 10/1/2020 until 10/6/2020, the credit card account received approximately $90,000 in credits from Google Ads from transactions conducted in July and August 2020. These credits created a substantial credit in this account. According to the credit card account statement from 12/9/2020 to 1/8/2021, the outstanding balance was a credit of $18,698.70, which was the maximum amount of funds where were sought in a seizure warrant in February 2021 described further in Paragraph 26.

*$25,000 Credit from a $150,000 EIDL application submitted by Hills*

21. The Bootstate Financial Group Bank of America bank account also received a deposit of $25,000 on August 24, 2020, from an Essential Federal Credit Union ("Essential FCU") account in the name of Baton Rouge Teen Summit, an entity organized and operated by Oscar Hills, according to the Louisiana Secretary of State's corporation database. This Essential FCU account was opened on January 17, 2020. The authorized signor on the account was Hills who was listed as the Director of Baton Rouge Teen Summit Foundation.

22. On July 7, 2020, this Baton Rouge Teen Summit account at Essential FCU received loan proceeds of $149,900 from an Economic Injury Disaster Loan ("EIDL") applied for by Hills

to the SBA on behalf of Baton Rouge Teen Summit ("BRTS").  On July 6, 2020, the day before the $149,900 deposit, the ending balance in this account was $1,413.98.

23.     The EIDL is managed by the Small Business Administration ("SBA") and provided economic relief to small businesses that experienced a temporary loss of revenue due to the Coronavirus (COVID-19) pandemic.  Businesses applied directly to the SBA for EIDL funds. EIDL proceeds may be used to cover a wide array of working capital and normal operating expenses, such as continuation of health care benefits, rent, utilities, and fixed debt payments.  To qualify for an SBA\EIDL, a business must have been in business prior to February 1, 2020.

24.     In the BRTS EIDL application, Hills reported to the SBA that BRTS was a non-profit entity and had 25 employees.  He also represented that, for the 12-month period prior to January 31, 2020, BRTS's operating expenses were $184,300, his cost of operations was $1,033,300, and his gross revenues were $50,000.  Those representations were false.  In particular, there were only 35 transactions between January and June 2020 in the Essential FCU account, consisting of a total of approximately $5,463.86 in credits and $5,085.68 in debits. According to the other BRTS bank account at Campus FCU, Hills had a total of approximately $85,891 in account activity between the dates August 2, 2010, and January 1, 2020, a period of approximately 10 years.  Additionally, the transactions in the Campus FCU account appear to be of a personal nature, including travel and casino charges, auto insurance, and collect calls from prison inmates.  Further, there were no apparent donations to the non-profit group.

25.     Because the loan application is alleged to have included false representations to the SBA, the $149,900 dispersed to the BRTS Essential FCU account is alleged to be the proceeds of this fraud, namely theft of government funds, in violation of 18 U.S.C. § 641.  The $25,000

deposit from the Essential FCU account to the Bootstate Financial Bank of America checking account is, thus, traceable to this alleged fraud.

*Funds Seized*

26.  On February 22, 2021, pursuant to a seizure warrant signed by Magistrate Judge Erin Wilder-Doomes in the Middle District of Louisiana, $522,446.09 was seized from Bank of America Account No. XXXXXXXX3067 in the name of Bootstate Financial Group.  Also on February 22, 2021, pursuant to a seizure warrant signed by Magistrate Judge Erin Wilder-Doomes in the Middle District of Louisiana, $13,281.41 was seized from Bank of America Credit Card Account No. XXXXXXXXXXXX3968 in the name of Bootstate Financial Group.  This amount of $13,281.41 represented a credit on the credit card account.  Both of these assets (the "defendant property") are currently in the possession of the United States Treasury.

WHEREFORE, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY

/s/ J. Brady Casey
J. Brady Casey, LBN 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: john.casey@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| $522,446.09 FROM BANK OF AMERICA ACCOUNT NO. XXXXXXXX3067 IN THE NAME OF BOOTSTATE FINANCIAL GROUP; $13,281.41 FROM BANK OF AMERICA CREDIT CARD ACCOUNT NO. XXXXXXXXXXX3968 IN THE NAME OF BOOTSTATE FINANCIAL GROUP | CIVIL ACTION NO. 21-CV-388 |

## **VERIFICATION**

I, Lindsay Touchet, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service, that I have read the foregoing <u>Verified Complaint In Rem</u> and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Special Agent with the United States Secret Service.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this __3__ day of July, 2021.

                                                                  SA Lindsay Touchet
                                                                  LINDSAY TOUCHET
                                                                  United States Secret Service

JS 44  (Rev. 04/21)                                                    CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
In Re: $522,446.09 From Bank of America Account No. XXXXXXXX3067 in the Name of Bootstate Financial Group...

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
            THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
J. Brad Casey
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 28, United States Code, Section 1345 and Title 28, United States Code, Section 1355(a)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: July 6, 2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ J. Brady Casey

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br><br> v. <br><br> In Re: $522,446.09 From Bank of America Account No. XXXXXXXX3067 in the Name of Bootstate Financial Group, et al <br><br> *Defendant(s)* | Civil Action No.  21-cv-388 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  In Re:  $522,446.09 from Bank of America Account No. XXXXXXXX3067 in the Name of Bootstate Financial Group

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Brad Casey
Assistant United States Attorney
777 Florida Street, Ste. 208
Baton Rouge, Louisiana 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 21-cv-388 |
| In Re: $13,281.41 From Bank of America Account No. XXXXXXXXXXXX3968 in the Name of Bootstate Financial Group | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  In Re: $13,281.41 From Bank of America Credit Card Account No. XXXXXXXXXXXX3968 in the Name of Bootstate Financial Group

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Brad Casey
Assistant United States Attorney
777 Florida Street, Ste. 208
Baton Rouge, Louisiana 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: